

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**IMPACTO MEDIA, INC.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 3, 2020, the court reporter filed a notice of late record requesting a seven-day extension of time to file the reporter's record. The request is GRANTED. It is ORDERED that the reporter's record is due no later than August 10, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court